No.  12-14-00016-CV

IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS DISTRICT
TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 31 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

| | | |
|---|---|---|
| JUAN ENRIQUEZ,<br>Appellant, | § | APPEAL FROM THE 3RD |
| v. | § | JUDICIAL DISTRICT COURT |
| RICK THALER, ET AL.,<br>Appellees. | § | ANDERSON COUNTY, TEXAS |

APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUDGES OF SAID COURT:

Juan Enriquez, Appellant, moves the Court for an extension of time to file his Motion for Rehearing, showing as follows:

I.

The Court entered its decision affirming judgment on July 8, 2015. Appellant is not certain whether he has until July 23, 2015, or July 26, 2015, due to mail notice, to file his motion for rehearing. Thus, he requests a fifteen day extension to August 10, 2015, to file his motion for rehearing. No previous extension has been requested.

II.

The Appellant needs an extention of time because he does not have ready access to the prison law library. Additionally, the prison law library is gradually doing away with books. They now provide only copies of cases requested, three per request. Research books such as digests come from Huntsville on loan and take weeks to obtain. Fast research is now virtually impossible

for prison inmates.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his motion be granted and that he be given until August 10, 2015, to file his motion for rehearing.

Respectfully submitted,

Juan Enriquez
227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

## Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above motion was served by placing same in the United States mail, postage prepaid, on July 20, 2015, addressed to Brianna Webb, Assistant Attorney General, P. O. Box 12548, Capitol Station, Austin, TX 78711.

Juan Enriquez

## Mailbox Filing Verification

I, Juan Enriqeuz, under penalty of perjury, declare that the foregoing motion for extension of time was filed on July 20, 2015, by placing same in the Institutional Mail System, first class mail, postage prepaid, addressed to Clerk, Twelfth Court of Appeals, 1517 West Front Street, Suite 354, Tyler, TX 75702. Executed on July 20, 2015.

Juan Enriquez